IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROSS JAMES MACANAS, | CV 21-00049 JMS-RT |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S |
| vs. | FINDINGS AND RECOMMENDATION TO GRANT |
| KILOLO KIJAKAZI, | PETITION FOR 406(B) FEES |
| Defendant. | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO
GRANT PETITION FOR 406(B) FEES

Findings and Recommendation having been filed and served on all parties on January 30, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge